

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00319-CV

OLAMIDE BELLO, Appellant

V.

QUICK BRIDGE FUNDING, LLC, Appellee

§   On Appeal from County Court at Law No. 2

§   of Tarrant County (2024-001366-2)

§   May 29, 2025

§   Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's receivership order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach